# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES MORGAN, | : |
| | : 4:17-cr-01142 |
| | : |
| | : Hon. John E. Jones III |
| v. | : |
| | : |
| | : |
| MICHAEL FIORENTINO, JR., | : |
| *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

**June 27, 2019**

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Partial Summary Judgment, (Doc. 34), is **DENIED**.

2. Defendant's Motion for Summary Judgment, (Doc. 38), is **GRANTED**.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III
United States District Judge