# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES MORGAN, | ) | Civil Action No. 4:17-cv-01142-JEJ |
| | ) | |
| Plaintiff, | ) | The Hon. John E. Jones III |
| | ) | U.S. District Judge |
| vs. | ) | |
| | ) | |
| MICHAEL FIORENTINO, JR., | ) | |
| DEENA HILL, | ) | |
| THE PENNSYLVANIA STATE | ) | |
| SYSTEM OF HIGHER | ) | |
| EDUCATION, and LOCK HAVEN | ) | |
| UNIVERSITY OF | ) | |
| PENNSYLVANIA, | ) | |
| | ) | |
| Defendants. | ) | Filed Electronically |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Charles Morgan ("Plaintiff") in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from a) the Order of the U.S. District Court for the Middle District of Pennsylvania dated June 27, 2019 (ECF Doc 63) granting summary judgment in favor of Defendants Michael Fiorentino, Jr., Deena Hill, the Pennsylvania State System of Higher Education, and Lock Haven University of Pennsylvania and denying partial summary judgment to Plaintiff and from b) the Memorandum of Law (ECF Doc. 62) regarding the aforementioned Order.

Respectfully Submitted,

LIEBER HAMMER HUBER & PAUL, P.C.

s/James B. Lieber
James B. Lieber
Pa. I.D. No. 21748
Thomas M. Huber
Pa. I.D. No. 83053
Jacob M. Simon
Pa. I.D. No. 202610
5528 Walnut Street
Pittsburgh, PA 15232-2312
(412) 687-2231 (telephone)
(412) 687-3140 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Lindsay Bedell, Esq.
>Inder Deep Paul, Esq.
>Pennsylvania Office of Attorney General
>15th Floor, Strawberry Square
>Harrisburg, PA 17120
>lbedell@attorneygeneral.gov
>ipaul@attorneygeneral.gov
>
>Counsel for Defendants

s/James B. Lieber
James B. Lieber
